> This is not the official court record. Official records of court proceedings may only be obtained directly from the court maintaining a particular record.

## Percy Bland v. Menard, Inc.

| | |
|---|---|
| Case Number | 49D05-2111-CT-039292 |
| Court | Marion Superior Court 5 |
| Type | CT - Civil Tort |
| Filed | 11/24/2021 |
| Status | 11/24/2021 , Pending  (active) |

## Parties to the Case

**Defendant**   Menard, Inc.

  Address
  7701 E. 42nd Street
  Indianapolis, IN 46226

  Attorney
  Jessica Nicole Hamilton
  *#3426871, Lead, Retained*

  550 Congressional Blvd.
  Suite 310
  Carmel, IN 46032
  317-818-1360(W)

  Attorney
  Leslie B Pollie
  *#2571649, Retained*

  Kopka Pinkus Dolin PC
  550 Congressional Blvd., Suite 310
  Carmel, IN 46032
  317-818-1360(W)

**Plaintiff**   Bland, Percy

  Attorney
  Brandon Abraham Yosha
  *#3613829, Retained*

  Yosha Cook & Tisch
  9102 North Meridian Street, Ste 535
  Indianapolis, IN 46260
  3176505830(W)

## Chronological Case Summary

11/24/2021   **Case Opened as a New Filing**

| 11/24/2021 | **Complaint/Equivalent Pleading Filed** | |
| --- | --- | --- |
| | Complaint for Damages | |
| | Filed By: | Bland, Percy |
| | File Stamp: | 11/24/2021 |

| 12/06/2021 | **Appearance Filed** | |
| --- | --- | --- |
| | Appearance by Attorney in Civil Case | |
| | For Party: | Bland, Percy |
| | File Stamp: | 12/06/2021 |

| 12/06/2021 | **Subpoena/Summons Filed** | |
| --- | --- | --- |
| | Summons | |
| | Filed By: | Bland, Percy |
| | File Stamp: | 12/06/2021 |

| 01/04/2022 | **Service Returned Served (E-Filing)** | |
| --- | --- | --- |
| | Proof of Service Menards | |
| | Filed By: | Bland, Percy |
| | File Stamp: | 01/04/2022 |

| 02/08/2022 | **Subpoena/Summons Filed** | |
| --- | --- | --- |
| | Alias Summons - RA | |
| | Filed By: | Bland, Percy |
| | File Stamp: | 02/08/2022 |

| 02/25/2022 | **Appearance Filed** | |
| --- | --- | --- |
| | Appearance | |
| | For Party: | Menard, Inc. |
| | File Stamp: | 02/25/2022 |

| 02/25/2022 | **Notice Filed** | |
| --- | --- | --- |
| | Notice of Automatic EOT | |
| | Filed By: | Menard, Inc. |
| | File Stamp: | 02/25/2022 |

## Financial Information

\* Financial Balances reflected are current representations of transactions processed by the Clerk's Office. Please note that any balance due does not reflect interest that has accrued – if applicable – since the last payment. For questions/concerns regarding balances shown, please contact the Clerk's Office.

### Bland, Percy

Plaintiff

**Balance Due** (as of 03/23/2022)

0.00

### Charge Summary

| Description | Amount | Credit | Payment |
| --- | --- | --- | --- |
| Court Costs and Filing Fees | 157.00 | 0.00 | 157.00 |

### Transaction Summary

| Date | Description | Amount |
| --- | --- | --- |
| 11/24/2021 | Transaction Assessment | 157.00 |

| Date | Description | Amount |
|---|---|---|
| 11/24/2021 | Electronic Payment | (157.00) |

This is not the official court record. Official records of court proceedings may only be obtained directly from the court maintaining a particular record.

Case 1:22-cv-00583-JRS-MG   49D05-2111-CT-039229 4/22   Page 4 of 19 PageID #: 36
Filed: 12/24/2021 9:50 AM
Clerk
Marion County, Indiana

Marion Superior Court 5

| STATE OF INDIANA | ) | IN THE MARION COUNTY SUPERIOR COURT |
|---|---|---|
| | )SS: | CIVIL DIVISION |
| COUNTY OF MARION | ) | CAUSE NO.: |

PERCY BLAND )
)
        Plaintiff, )
)
vs. )
)
MENARD, INC., )
)
        Defendant. )
)
)

## COMPLAINT FOR DAMAGES

Comes now the Plaintiff, PERCY BLAND, by counsel, BRANDON A YOSHA, and for Plaintiff's Complaint for Damages against the Defendant, MENDARD, INC., alleges and asserts that:

### COUNT I

1.    At all times mentioned herein, the Plaintiff, PERCY BLAND, was a resident of the County of Marion, State of Indiana.

2.    On or about March 27, 2021, the Defendant MENARD, INC. owned, operated, managed and/or maintained or had a duty to own, operate, manage and/or maintain, both individually and by and/or through its agents, servants and/or employees, a certain premises located at 7701 E. 42nd Street, Indianapolis, Indiana 46226 (hereinafter "Premises").

3.    Venue is proper in Marion County because Defendant MENARD, INC. has its registered agent located in Marion County.

4.    At the aforesaid time and place, the Plaintiff was lawfully on the Premises as an invitee.

5. At the aforesaid time and place, Defendant MENARD, INC. had a duty to maintain the walkway of the Premises in a safe condition for persons lawfully present, including the Plaintiff and all invitees.

6. At the aforesaid time and place, Defendant MENARD, INC. via acts or omissions of agents, servants, or employees, permitted or caused the entrance of the Premises to become a slip hazard due to the presence of pea gravel in front of the entrance.

7. At the aforesaid time and place, the pea gravel that was on the entrance caused the Plaintiff to slip and fall. As a result, the Plaintiff hit the ground and was injured.

8. At the aforesaid time and place, Defendant MENARD, INC., by and through agents, servants, or employees, acted with less than reasonable care and breached the duty to invitees via one or more of the following careless and negligent acts and/or omissions:

    a. Failed to maintain the entrance to the Premises free of objects and/or substances that could cause a slip;

    b. Failed to warn the Plaintiff and other persons lawfully on the Premises of the dangerous condition when Defendant MENARD, INC. knew (or should have known) in the exercise of ordinary care that said warning was necessary to prevent injury to the Plaintiff or others lawfully on the Premises;

    c. Failed to make a reasonable inspection of the Premises when MENARD, INC. knew (or should have known) that said inspection was necessary to prevent injury to the Plaintiff or others lawfully on the Premises;

    d. Allowed the aforementioned danger at the Premises for an unreasonable length of time;

    e. Created a false sense of security for invitees by having a marked entrance with automatic doors for into which guests must walk through to enter the store;

    f. Failed to remove the pea gravel from the area, keeping an entrance free from debris;

    g. Failed to make the Premises safe.

    h. Failed to keep pedestrians away from the dangerous condition.

    i. Was otherwise careless and negligent in the operation of its Premises.

  9. As a direct and proximate result of Defendant MENDARD, INC.'s carelessness and negligence, Plaintiff sustained injuries.

  10. The injuries sustained by the Plaintiff have resulted in physical pain, suffering, stress, limitation of motion, and restriction of activity.

  11. As a direct and proximate result of Defendant MENARD INC.'s carelessness and negligence, the Plaintiff engaged the services of medical personnel, hospitals, physicians, therapists, and/or technicians for medical care and treatment, medication and diagnostic testing.

  12. Plaintiff has incurred (and will incur in the future) reasonable medical expenses for such treatment above in order to treat the injuries and to lessen pain and suffering.

  13. As a direct and proximate result of Defendant MENARD INC.'s carelessness and negligence, Plaintiff has incurred loss wages and other personal, property, and economic damages.

  WHEREFORE, the Plaintiff prays for judgment against Defendant MENARD INC. in an amount which will fully and fairly compensate Plaintiff for injuries and damages, for costs of this action, pre-judgment interest from the earliest possible date and for all other just and proper relief in the premises.

Respectfully submitted,

**YOSHA COOK & TISCH**

By: /s/ Brandon Yosha

Brandon A Yosha, #36138-29
Attorney for Plaintiff


YOSHA COOK & TISCH
9102 N. Meridian St., Ste 535
Indianapolis, IN 46260
Ph: (317) 334-9200
Fax: (317) 566-3578

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE MARION COUNTY SUPERIOR COURT |
| | )SS: | CIVIL DIVISION |
| COUNTY OF MARION | ) | CAUSE NO.: |

PERCY BLAND                       )
                                  )
           Plaintiff,             )
                                  )
vs.                               )
                                  )
MENARD, INC.,                     )
                                  )
           Defendant.             )
                                  )
                                  )

# APPEARANCE BY ATTORNEY IN CIVIL CASE

Party Classification:   INITIATING

1. The undersigned attorney and all attorneys listed on this form now appear in this case for the following party member(s):  PERCY BLAND

2. Applicable attorney information for service as required by Trial Rule 5(B)(2) and for case information as required by Trial Rule 3.1 and 77(B) is as follows:

   Name:     Brandon A Yosha                    Atty#: 36138-29
   Address:  YOSHA COOK & TISCH                 Phone: (317) 334-9200
             9102 North Meridian Street, Ste. 535   Fax:   (317) 566-3578
             Indianapolis, IN  46260            Email: byosha@yoshalaw.com

3. There are other party members:         NO

4. *If first initiating party filing this case*, the Clerk is requested to assign this case the following Case Type under Administrative Rule 8(b)(3):  Civil Tort (CT)

5. I will accept service by FAX at the above noted number:   NO

6. This case involves support issues.        NO

7. There are related cases:         NO

8. This form has been served on all other parties.  Certificate of Service is attached:   N/A

9. Additional information required by local rule:  N/A

-1-

-2-

Authority: Pursuant to Trial Rule 3.1, this form shall be filed at the time an action is commenced or when a party first appears. In emergencies, the requested information shall be supplied when it becomes available. Parties shall advise the court of a change in information previously provided to the court. This format is approved by the Division of State Court Administration.

Respectfully submitted,

**YOSHA COOK & TISCH**

By: *[signature: Brandon Yosha]*

Brandon A Yosha, #36138-29
Attorney for Plaintiff

YOSHA COOK & TISCH
9102 N. Meridian St., Ste 535
Indianapolis, IN 46260
Ph: (317) 334-9200
Fax: (317) 566-3578

# SUMMONS

| STATE OF INDIANA | ) | IN THE MARION COUNTY SUPERIOR COURT |
|---|---|---|
| | )SS: | CIVIL DIVISION |
| COUNTY OF MARION | ) | CAUSE NO.: |

PERCY BLAND, )
)
       Plaintiff, )
)
vs. )
)
MENARD, INC., )
)
       Defendant. )
)
)

**TO DEFENDANT:**
    **Menard, Inc.**
    **7701 E. 42nd Street**
    **Indianapolis, IN 46226**

    You are hereby notified that you have been sued by the person named as plaintiff and in the Court indicated above.

    The nature of the suit against you is stated in the complaint that is attached to this Summons. It also states the relief sought or the demand made against you by the plaintiff.

    An answer or other appropriate response in writing to the complaint must be filed either by you or your attorney within twenty (20) days, commencing the day after you receive this Summons, (or twenty-three (23) days if this Summons was served by mail), or a judgment by default may be rendered against you for the relief demanded by plaintiff.

    If you have a claim for relief against the plaintiff arising from the same transaction or occurrence, you must assert it in your written answer.

    *If you need the name of an attorney, you may contact the Indianapolis Bar Association Lawyer Referral Service (317-269-2222), the Marion County Bar Association Lawyer Referral Service (317-634-3950), or go to websites such as www.indybar.org.

Dated  November 24, 2021     12/6/2021                    _Myla A. Eldridge_____
(Seal)
                                                  Clerk, Superior Court

        **(The following manner of service of summons is hereby designated).**

__XX__ Registered or certified mail.

____ Service at place of employment, to-wit:

____ Service on individual -- (Personal or copy) at above address. By Sheriff

____ Service on agent. (Specify)

____ Other service. (Specify)

Brandon A Yosha, #36138-29                        9102 N. Meridian St., Ste. 535
YOSHA COOK & TISCH                                  Indianapolis, IN 46260
Attorney for Plaintiff                                          (317) 334-9200

## SHERIFF'S RETURN ON SERVICE OF SUMMONS

  I hereby certify that I have served this summons on November 24, 2021.
  (1)  By delivering a copy of the Summons and a copy of the complaint to the defendant,
  (2)  By leaving a copy of the Summons and a copy of the complaint at
and by mailing a copy of said summons to said defendant at the above address.
  (3)  Other Service or Remarks:

_____

Sheriff's Costs                 Sheriff, County

                        By:_____
                           Deputy

## CLERK'S CERTIFICATE OF MAILING

  I hereby certify that on November 24, 2021, I mailed a copy of this Summons and a copy of the complaint to the defendant, <u>Menard, Inc.</u>, by _____ mail, requesting a return receipt, at the address furnished by the plaintiff.

Dated:<u> November 24, 2021</u>             Clerk, Superior Court

                        By:_____
                          Deputy

## RETURN ON SERVICE OF SUMMONS BY MAIL

  I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the complaint mailed to defendant Menard, Inc. was accepted by the defendant on the _____ day of _____, 20___.
  I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the complaint was returned not accepted on November 24, 2021.
  I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the complaint mailed to defendant Menard, Inc. was accepted by _____ on behalf of said defendant on November 24, 2021.

                        Clerk, Superior Court

                        By:_____
                        Deputy

# ALIAS SUMMONS

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE MARION COUNTY SUPERIOR COURT |
| | )SS: | CIVIL DIVISION |
| COUNTY OF MARION | ) | CAUSE NO.: 49D05-2111-CT-039292 |

PERCY BLAND )
)
      Plaintiff, )
)
vs. )
MENARD, INC., )
)
      Defendant. )

**TO DEFENDANT:**    **Menard, Inc.**
                              **c/o The Prentice-Hall Corporation System Inc, Registered Agent**
                              **135 North Pennsylvania Street, Suite 1610**
                              **Indianapolis, IN 46204**

      You are hereby notified that you have been sued by the person named as plaintiff and in the Court indicated above.

      The nature of the suit against you is stated in the complaint that is attached to this Summons. It also states the relief sought or the demand made against you by the plaintiff.

      An answer or other appropriate response in writing to the complaint must be filed either by you or your attorney within twenty (20) days, commencing the day after you receive this Summons, (or twenty-three (23) days if this Summons was served by mail), or a judgment by default may be rendered against you for the relief demanded by plaintiff.

      If you have a claim for relief against the plaintiff arising from the same transaction or occurrence, you must assert it in your written answer.

      *If you need the name of an attorney, you may contact the Indianapolis Bar Association Lawyer Referral Service (317-269-2222), the Marion County Bar Association Lawyer Referral Service (317-634-3950), or go to websites such as www.indybar.org.

Dated  February 8, 2022      2/8/2022                 _Myla A. Eldridge_____
(Seal)
                                                            Clerk, MARION Superior Court

                **(The following manner of service of summons is hereby designated).**

**XX**  Registered or certified mail.

___  Service at place of employment, to-wit:

___  Service on individual -- (Personal or copy) at above address. By Sheriff

___  Service on agent. (Specify)

___  Other service. (Specify)

Brandon A Yosha, #36138-29                              9102 N. Meridian St., Ste. 535
YOSHA COOK & TISCH                                                    Indianapolis, IN 46260
Attorney for Plaintiff                                                              (317) 334-9200

### SHERIFF'S RETURN ON SERVICE OF SUMMONS

I hereby certify that I have served this summons on February 8, 2022.
    (1)    By delivering a copy of the Summons and a copy of the complaint to the defendant,
    (2)    By leaving a copy of the Summons and a copy of the complaint at and by mailing a copy of said summons to said defendant at the above address.
    (3)    Other Service or Remarks:

_____
Sheriff's Costs                                Sheriff, MARION County

                                                    By:_____
                                                         Deputy

### CLERK'S CERTIFICATE OF MAILING

I hereby certify that on February 8, 2022, I mailed a copy of this Summons and a copy of the complaint to the defendant, <u>Percy Bland</u>, by _____ mail, requesting a return receipt, at the address furnished by the plaintiff.

Dated:<u> February 8, 2022</u>                          Clerk, MARION Superior Court

                                                    By:_____
                                                        Deputy

### RETURN ON SERVICE OF SUMMONS BY MAIL

I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the complaint mailed to defendant Percy Bland was accepted by the defendant on the ____ day of ____, 20___.
I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the complaint was returned not accepted on February 8, 2022.
I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the complaint mailed to defendant Percy Bland was accepted by _____ on behalf of said defendant on February 8, 2022.

                                                    Clerk, MARION Superior Court

                                                    By:_____
                                                      Deputy

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]
☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below:    ☐ No

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Menard, Inc.
7701 E. 112nd St.

99094

| | |
|---|---|
| STATE OF INDIANA | IN MARION SUPERIOR COURT 5 |
| COUNTY OF MARION | CAUSE NO.: 49D05-2111-CT-39292 |

PERCY BLAND,

    Plaintiff,

v.

MENARD, INC.,

    Defendant.

## E-FILING APPEARANCE BY ATTORNEY UNDER TRIAL RULE 3.1

1. The party on whose behalf this form is being filed is: Responding

The undersigned attorney and all attorneys listed on this form now appear in this case for the following parties:

**MENARD, INC.**

2. Attorney information for service as required by Trial Rule 5(B)(2):

| | |
|---|---|
| Jessica N. Hamilton | Atty. No. 34268-71 |
| KOPKA PINKUS DOLIN PC | Telephone: 317-818-1360 |
| 550 Congressional Blvd., Suite 310 | Facsimile: 317-818-1390 |
| Carmel, IN 46032 | Email: jnhamilton@kopkalaw.com |

| | |
|---|---|
| Leslie B. Pollie | Atty. No. 25716-49 |
| KOPKA PINKUS DOLIN PC | Telephone: 317-818-1360 |
| 550 Congressional Blvd., Suite 310 | Facsimile: 317-818-1390 |
| Carmel, IN 46032 | Email: lbpollie@kopkalaw.com |

**IMPORTANT**: Each attorney specified on this appearance:

(a)      certifies that the contact information listed for him/her on the Indiana Supreme Court Roll of Attorneys is current and accurate as of the date of this Appearance;

(b)      acknowledges that all orders, opinions, and notices from the court in this matter that are served under Trial Rule 86(G) will be sent to the attorney at the email address(es) specified by the attorney on the Roll of Attorneys regardless of the contact information listed above for the attorney; and

1

(c)     understands that he/she is solely responsible for keeping his/her Roll of Attorneys contact information current and accurate, see Ind. Admis. Disc. R. 2(A).

3. This is a civil tort case type as defined in administrative Rule 8(B)(3)

4. I will accept service by:
Fax at the above noted number: NO
Email at the above noted address: YES

5. This case involves child support issues: NO

6. This case involves a protection from abuse order, a workplace violence restraining order, or a no-contact order: NO

7. This case involves a petition for involuntary commitment: NO

8. Are there related cases: NO

9. Additional information required by local rule: NONE

10. Are there other party members: NO

11. This form has been served on all other parties and Certificate of Service is attached: YES

    Respectfully Submitted,

    KOPKA PINKUS DOLIN PC

    By:   */s/ Jessica N. Hamilton*
        Jessica N. Hamilton (#34268-71)
        Attorney for Menard, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on the 25th day of January, 2022, I electronically filed the foregoing document using the Indiana E-Filing System (IEFS). I further certify that the following persons were served on the same date using the IEFS:

Brandon A. Yosha
Yosha Cook & Tisch
9102 N. Meridian St., Suite 535
Indianapolis, IN  46260

                                                                      */s/ Jessica N. Hamilton*

KOPKA PINKUS DOLIN PC
550 Congressional Blvd.
Suite 310
Carmel, IN  46032
Tel:    (317) 818-1360
Fax:    (317) 818-1390
Email: jnhamilton@kopkalaw.com

99094

| | |
|---|---|
| STATE OF INDIANA | IN MARION SUPERIOR COURT 5 |
| COUNTY OF MARION | CAUSE NO.: 49D05-2111-CT-39292 |

PERCY BLAND,

    Plaintiff,

v.

MENARD, INC.,

    Defendant.

## **DEFENDANT'S NOTICE OF AUTOMATIC ENLARGEMENT OF TIME**

Defendant, Menard, Inc., by counsel, Jessica N. Hamilton of Kopka Pinkus Dolin PC, respectfully moves the Court for an automatic enlargement of time to respond to Plaintiff's Complaint, pursuant to Ind. Trial Rule 6(B)(1) and Marion Circuit and Superior Courts Civil Rule 203(D), and states:

1. That no prior extensions have been requested.

2. On information and belief, Defendant was notified of Plaintiff's claim on February 22, 2022, and its responsive pleading would be due on March 17, 2022, which has not yet passed.

3. The date to which said extension of time would automatically extend is April 18, 2022.

4. That such extension of time is necessary for Defendant's attorney to properly investigate the allegations in the Plaintiff's Complaint in order to adequately respond to the Plaintiff's Complaint.

WHEREFORE, Defendant, Menard, Inc., by counsel, files its Notice of Automatic Enlargement of Time of 30 days, up to and including April 18, 2022.

1

Respectfully Submitted,

KOPKA PINKUS DOLIN PC

By:   */s/ Jessica N. Hamilton*
      Jessica N. Hamilton (#34268-71)
      Attorney for Menard, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on the 25th day of January, 2022, I electronically filed the foregoing document using the Indiana E-Filing System (IEFS). I further certify that the following persons were served on the same date using the IEFS:

Brandon A. Yosha
Yosha Cook & Tisch
9102 N. Meridian St., Suite 535
Indianapolis, IN  46260

      */s/ Jessica N. Hamilton*

KOPKA PINKUS DOLIN PC
550 Congressional Blvd.
Suite 310
Carmel, IN  46032
Tel:   (317) 818-1360
Fax:   (317) 818-1390
Email: jnhamilton@kopkalaw.com

2